CENTRAL RAILROAD COMPANY OF NEW JERSEY, A COR-PORATION, PROSECUTOR, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., DEFENDANTS.

NEW YORK BAY RAILROAD COMPANY, PENNSYLVANIA RAILROAD COMPANY. LESSEE, PROSECUTORS, v. STATE BOARD OF TAXES AND ASSESSMENT ET AL., DEFENDANTS.

Decided May 2, 1925.

On petition for rehearing.

Before Justices KALISCH, BLACK and CAMPBELL.

For the petitioners, *Edward P. Stout.*

PER CURIAM.

The petition for a rehearing in both cases is denied.